UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Michael Petelis

   v.                                             Case No. 20-cv-879-SE

Warden, New Hampshire State Prison for Men

### ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 18, 2022 (doc. no. 10). For the reasons set forth therein, Petelis's claims pertaining to the conditions of his confinement and seeking money damages for his alleged wrongful imprisonment are dismissed without prejudice.

"[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quotation omitted); see United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

                                                                         _____
                                                                         Samantha D. Elliott
                                                                         United States District Judge

Date: August 18, 2022

cc:   Michael Petelis, pro se